```
1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney
2
    MARK L. KROTOSKI (CSBN 138549)
3   Chief, Criminal Division

4   WILLIAM C. MARTIN (ILBN 6272668)
    Assistant United States Attorney
5
        450 Golden Gate Avenue
6       San Francisco, California  94102
        Telephone: (415) 436-7220
7       Facsimile: (415) 436-7234
        Email: william.c.martin@usdoj.gov
8
    Attorneys for Plaintiff
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 06-CR-00288-WHA-02 |
| )  Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER EXCLUDING TIME** |
| ) | |
| JACQUELINE BISHOP, ) | |
| )  Defendant. ) | |

The above-captioned matter came before the Court on May 25, 2006. The defendant was represented by Assistant Public Defender David W. Fermino and the government was represented by William C. Martin, Assistant United States Attorney. The Court then set June 6, 2006 as the next appearance in this case before Judge William H. Alsup.

The Court made a finding on the record that the time from and including May 25, 2006 through and including June 6, 2006 should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial. That finding was based on the need for

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**06-CR-00288-WHA-02**

the government and the defendant to have reasonable time necessary for effective preparation and the need for continuity of defense counsel, taking into account the exercise of due diligence pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that this case be set before Judge Alsup on June 6, 2006, and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under 18 U.S.C. §§ 3161(h)(8)(A) for all the reasons stated above.

DATED: June 6, 2006
/s/
DAVID W. FERMINO
Attorney for Defendant

DATED: June 6, 2006
/s/
WILLIAM C. MARTIN
Assistant Untied States Attorney

So ordered.

DATED: 6/2/06

ELIZABETH _____ATE JUDGE

Judge William Alsup

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
06-CR-00288-WHA-02                                2