1 | BARRY J. PORTMAN
Federal Public Defender
2 | DANIEL P. BLANK
Assistant Federal Public Defender
3 | 450 Golden Gate Avenue
San Francisco, CA 94102
4 | Telephone: (415) 436-7700

5 | Counsel for Defendant BISHOP

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 06-0288 WHA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER RESETTING SENTENCING |
| | ) | HEARING |
| JACQUELINE BISHOP, | ) | |
| | ) | |
| Defendant. | ) | |

Sentencing in the above-captioned matter is currently set for April 17, 2007, at 2:00 p.m. However, undersigned counsel for Defendant Jacqueline Bishop will be out of the country on his honeymoon between April 16, 2007, and May 1, 2007. Accordingly, the parties stipulate and jointly request that the matter be reset for May 22, 2007, at 2:00 p.m. Unless reset by separate order, this stipulation would not affect the sentencing date of Ms. Bishop's co-defendant Terrell Teague.

IT IS SO STIPULATED.

    KEVIN V. RYAN
    United States Attorney

DATED: March 13, 2007    \_\_\_\_\_/S/_____
    BLAKE STAMM
    Assistant United States Attorney

DATED: March 13, 2007    \_\_\_\_\_/S/_____
    DANIEL P. BLANK
    Assistant Federal Public Defender
    Attorney for Jacqueline Bishop

IT IS SO ORDERED.

DATED: March 15, 2007

    _____
    WILLIAM H. ALSUP
    United States District Judge

STIP. & ~~PROP.~~ ORDER      - 1 -